**Order filed July 27, 2017**



**In The**

# Fourteenth Court of Appeals

**NO. 14-17-00105-CV**
**RICHARD TURMAN, Appellant**

**V.**

**POS PARTNERS, LLC, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-28003**

---

## O R D E R

The clerk's record was filed February 27, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) affidavit attached to Defendant's Second Amended Special Appearance, filed January 10, 2016.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 3, 2017, containing (1) affidavit attached to Defendant's Second Amended Special Appearance, filed January 10, 2016.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM